# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Case No. 17-cv-02520-RM-NYW

CENTURA HEALTH CORPORATION and
PETER D. BANKO,

    Plaintiffs,

v.

JEFFREY A. RADABAUGH AND JOHN DOE,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Stipulation") (ECF No. 35). Having considered the Stipulation, the Court file, and being otherwise fully advised, the Court hereby

ORDERS that the claims and causes of action asserted herein by Plaintiffs Centura Health Corporation and Peter D. Banko against Jeffrey A. Radabaugh are in all respects dismissed with prejudice to the refiling of the same, with court costs to be paid by the party incurring the same; and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

DATED this 27th day of February, 2018.

                                                BY THE COURT:

                                                RAYMOND P. MOORE
                                                United States District Judge